## STATE v. HENRY SULLIVAN.

Court of Quarter Sessions.  April 2, 1796.

*Wilson's Red Book, 98.*

.  [CHIEF JUSTICE] BASSETT'S charge, "I am led to explain the law to you in consequence of questions that have been proposed to the witnesses etc.  Whenever two men agree to go and fight, it is no justification."

Verdict not guilty.

*Wilson* for defendant.

*N. B.*  This was a battle by consent of both parties.